UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-21569-UU

ALEXANDRA NEDELTCHEVA,
ANDREW COLEMAN, and JULIA MELIM,
on their own behalves and on behalf of all
other similarly situated crewmembers
working aboard CELEBRITY cruise vessels,

    Plaintiffs,
v.

CELEBRITY CRUISES INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs' Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). D.E. 21 (the "NOVD"). The Court has reviewed the NOVD and the pertinent portions of the record and is otherwise fully advised in the premises. On July 21, 2020, Plaintiffs filed the NOVD, informing the Court that they dismiss this action without prejudice. *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of July, 2020.

*[signature: Ursula Ungaro]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

2

copies provided: counsel of record via CM/ECF